IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL VALTIERRA and OFELIA VALTIERRA,<br><br>                    Plaintiffs,<br>       v.<br><br>WORLD SAVINGS BANK, et al.,<br><br>                    Defendants. | 1:12-CV-1227  AWI BAM<br><br>ORDER VACATING OCTOBER 29, 2012, HEARING AND TAKING MATTERS UNDER SUBMISSION |

    Defendants have noticed for hearing and decision a motion to dismiss under Federal Rules of Civil Procedure 12(b)(6) and a motion for sanctions under Federal Rule of Civil Procedure 11.  The matter was scheduled for hearing to be held on October 29, 2012.  Pursuant to Local Rule 230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition no later than October 15, 2012.  Plaintiffs failed to do so.  Due to Plaintiffs' failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules, and are not entitled to be heard at oral argument in opposition to the motion.  See Local Rule 230(c).

    The Court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See Local Rule 230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 29, 2012, is VACATED, and no party shall appear at that time.  As of October 29, 2012, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     October 23, 2012

CHIEF UNITED STATES DISTRICT JUDGE